UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>　　　　　Respondents. | No. 2:20-cv-1050 DB P<br><br><br>ORDER AND FINDINGS AND<br>RECOMMENDATIONS |

Petitioner, a county inmate proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a finding that he violated the terms of his probation.

By order dated November 9, 2020, the court screened the petition and directed petitioner to show cause in writing within thirty days. (ECF No. 6.) Petitioner was directed to indicate to the court whether he had presented the claims in his petition to the California Supreme Court. He was warned that failure to respond to the court's order would result in a recommendation that this action be dismissed. Those thirty days have expired, and petitioner has not responded to the court's order or requested additional time to respond to the court's order. Therefore, the court will recommend that this action be dismissed for failure to prosecute and failure to comply with court orders.

////

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly
2  assign a district judge to this action.

3       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See
4  Local Rule 110; Fed. R. Civ. P. 41(b).

5       These findings and recommendations are submitted to the United States District Judge
6  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days
7  after being served with these findings and recommendations, petitioner may file written
8  objections with the court. The document should be captioned "Objections to Magistrate Judge's
9  Findings and Recommendations." Petitioner is advised that failure to file objections within
10 specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951
11 F.2d 1153 (9th Cir. 1991).

12 Dated: February 3, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:12
DB:1/Orders/Prisoner/Habeas/crai1050.f&r.dism