UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN JOHN CRAIG,<br><br>Petitioner,<br><br>v.<br><br>COUNTY OF EL DORADO, et al.,<br><br>Respondents. | No.  2:20-cv-1050 KJM DB P<br><br><br><br>ORDER |

Petitioner, a former county inmate proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2021, the magistrate judge filed findings and recommendations, which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 7.)  Petitioner has filed objections to the findings and recommendations, which do not address the outstanding question whether he has presented his claims in his petition to the Supreme Court.  (ECF No. 8.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2021, are adopted in full;

2. This action is dismissed without prejudice; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: March 15, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE