UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Norman John Craig, | No. 2:20-cv-01050-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| County of El Dorado, et al., | |
| Defendants. | |

This habeas corpus action was dismissed and judgment was entered on March 16, 2021. ECF Nos. 9, 10. Petitioner moves to reopen the case and objects again to the Magistrate Judge's findings and recommendations, which this court adopted in a previous order. *See* Mot., ECF No. 11; Objections, ECF No. 12. The court construes the motion and objections as a request for relief from judgment under Federal Rule of Civil Procedure 60(b) and denies the request. Petitioner has not demonstrated that his motion is supported by the reasons listed in that rule. Similar motions and objections filed in the future will be disregarded.

This order resolves ECF Nos. 11, 12.

IT IS SO ORDERED.

DATED: April 20, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1